UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALIBU MEDIA, LLC,

        Plaintiff,

v.                                        Case No. 18-cv-14037

JOHN DOE *subscriber assigned IP*        Paul D. Borman
*address 98.243.141.3*,               United States District Judge

        Defendants.
_____/

## JUDGMENT

For the reasons stated in an Order entered this same day, it is ORDERED AND ADJUDGED that Plaintiff's Motion for Default Judgment (ECF No. 23) is GRANTED. Accordingly, the Court orders that Defendant John Doe:

1. shall pay to Plaintiff the sum of $9,750.00 in damages, for which let execution issue forthwith;

2. is enjoined from directly, contributorily or indirectly infringing Plaintiff's rights under federal or state law in the Works, including, without limitation, by using the internet, BitTorrent or any other online media distribution system to reproduce (e.g., download) or distribute the Works, or to make the Works available for distribution to the public, except pursuant to a lawful license or with the express authority or Plaintiff;

3. is ordered to destroy all copies of Plaintiff's works that the Defendant John Doe has downloaded onto any computer hard drive or server without Plaintiff's authorization, and shall destroy all copies of the Works transferred onto any physical medium or device in Defendant John Doe's possession, custody, or control; and,

4. The Court shall retain jurisdiction over this action for six months or until the judgment is satisfied to entertain such further proceedings supplementary and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Default Judgment.

IT IS SO ORDERED.

Dated: January 13, 2020                    s/Paul D. Borman
                                           Paul D. Borman
                                           United States District Judge